# EXHIBIT A



**MED-CARE DIABETIC & MEDICAL SUPPLIES, INC.**
933 CLINT MOORE ROAD
BOCA RATON, FL 33487
Phone: 866-255-8606
www.medcareinc.com



OFFICIAL MEDICARE CONTRACTED SUPPLIER COMPETITIVE BID WINNER

# Introducing Med-Care Diabetic & Medical Supplies Affiliate & Subcontractor Program

Med-Care Diabetic & Medical Supplies Inc. has been contracted by C.M.S. as a National Bid Winner for Diabetic Mail Order, Sleep Apnea, and Oxygen Supplies. We have selected your company as a possible candidate for our affiliate/subcontractor program.

This program will enable you to, not only maintain your referral sources but, leverage our capacity and diversification of products and payer base to expand the products, and services you offer to a larger group of insurers.

Med-Care has been in business since 1999. We currently service an active patient base of over 250,000 patients. We offer a multitude of products and services, all credentialed by The Joint Commission. All fulfillment is handled in house within our 40,000 sq. ft. shipping facility in Boca Raton FL.

## We Can Provide Your Patients With:

- Diabetic Testing Supplies
- Syringes / Insulin & Pumps
- Respiratory Supplies
- Nebulizer Medication
- Oxygen Supplies
- Wound Care Supplies
- Sleep Apnea Supplies
- Sleep Apnea Machines
- Diabetic Shoes
- Catheter Supplies
- Ostomy Supplies
- Orthotics

Subcontracting agreements can be a lucrative method for smaller providers to maintain and enlarge their referral sources and increase your footprint by affiliating with a national organization. You will be able to provide a wide variety of quality products and services to current and future patients.

Please call or email us if you are interested in taking advantage of this opportunity.

Subcontracting Division
Email: subcontracting@medcareinc.com
Phone: 1-866-255-8606