**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AL AND PO CORPORATION, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) MED-CARE DIABETIC & MEDICAL ) SUPPLIES, INC., a Florida limited liability ) company, ) ) Defendant. ) | Case No. 14-cv-1893<br><br>Hon. Edmond E. Chang<br><br>Magistrate Judge Jeffrey T. Gilbert |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff AL and PO Corporation and Defendant Med-Care Diabetic & Medical Supplies, Inc. hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own attorneys' fees and costs and waive its right to appeal.

Date: April 22, 2015                                                                     Respectfully submitted,

/s/ Joseph J. Siprut                                         /s/ Patrick G.H. Mott
Joseph J. Siprut                                              Wayne F. Dennison (admitted pro hac vice)
*jsiprut@siprut.com*                                     wdennison@brownrudnick.com
Gregg M. Barbakoff                                     Patrick G.H. Mott  (admitted pro hac vice)
*gbarbakoff@siprut.com*                             pmott@brownrudnick.com
Ismael T. Salam                                            **BROWN RUDNICK LLP**
*isalam@siprut.com*                                      One Financial Center
**SIPRUT PC**                                                 Boston, MA 02111
17 N. State Street                                          Telephone: (617) 856-8200
Suite 1600                                                       Facsimile:  (617) 856-8201
Chicago, IL 60602
312.236.0000
Fax: 312.241.1260

*Attorneys for AL and PO Corporation*

> W. Gordon Dobie
> WDobie@winston.com
> Jennifer A. Miller
> Jbmiller@winston.com
> **WINSTON & STRAWN LLP**
> 35 West Wacker Drive
> Chicago, IL 60601-9703
> Tel: (312) 558-5600
> Fax: (312) 558-5700
>
> *Attorneys for Med-Care Diabetic*
> *and Medical Supplies, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Stipulation of Dismissal** was filed on this 22nd day of April, 2015, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*s/ Joseph J. Siprut*

4818-6551-4531, v. 2
61934434 v1-WorksiteUS-031494/0003