# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

AL and PO Corporation

                                        Plaintiff,

v.                                                Case No.: 1:14–cv–01893

                                                     Honorable Edmond E. Chang

Med–Care Diabetic & Medical Supplies, Inc.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 22, 2015:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the stipulated dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is dismissed with prejudice, each side to bear its own fees and costs. The Court appreciates the parties' prompt attention to finalizing settlement negotiations. Status hearing of 05/07/2015 is vacated. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.